# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ANGELA EVANS,

        Plaintiff,

vs.

VALLEY ELECTRIC ASSOCIATION, INC,

        Defendant.

2:20-cv-00986-RFB-VCF

**ORDER**

    Before the Court is the Emergency Motion to Quash or Modify Third-Party Subpoenas and for Protective Order (ECF NO. 21).

    Accordingly,

    IT IS HEREBY ORDERED that compliance with the subpoenas is STAYED until further order of the court.

    IT IS FURTHER ORDERED that the Emergency Motion to Quash or Modify Third-Party Subpoenas and for Protective Order (ECF NO. 21) will be briefed in the ordinary course.

    DATED this 18th day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE