1  FENNEMORE CRAIG, P.C.
   Shannon S. Pierce, NV Bar No. 12471
2  Wade Beavers, NV Bar No. 13451
   7800 Rancharrah Parkway
3  Reno, Nevada  89511
   Telephone:    (775) 788-2200
4  Facsimile:    (775) 786-5000
   Email: spierce@fennemorelaw.com;
5  wbeavers@fennemorelaw.com
   *Attorneys for Valley Electric Association, Inc.*

6

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF NEVADA**

9

10  ANGELA EVANS. an individual,                    Case No. 2:20-cv-00986-RFB-VCF

11              Plaintiff,

12      vs.

13  VALLEY ELECTRIC ASSOCIATION, INC.;
    DOES I through X; and ROE Corporations XI
14  through XX, inclusive,

15              Defendants.

16  ANGELA EVANS,                                   Case No. 2:20-cv-01919-RFB-VCF

17              Plaintiff,

18      vs.

19  NYE COUNTY SHERIFF'S OFFICE, a political        **STIPULATION  AND  [PROPOSED]
    subdivision of the State of Nevada; DAVID       ORDER       TO       CONTINUE
20  BORUCHOWITZ, individually,                      REBUTTAL EXPERT DEADLINE
                                                    (First Request)**
21              Defendants.

22

23          ANGELA  EVANS  ("Evans"),  VALLEY  ELECTRIC  ASSOCIATION,  INC.  ("Valley

24  Electric");  NYE  COUNTY  SHERIFF'S  OFFICE  ("NCSO"),  and  DAVID  BORUCHOWITZ

25  (collectively, the "Parties," and each a "Party"), by and through their respective counsel, stipulate

26  as follows:

27          WHEREAS, the deadline to disclose rebuttal experts is currently set for June 11, 2021

28  [ECF No. 49];

18487382.2

WHEREAS, Plaintiff has represented that her damages expert is not available for deposition until after the rebuttal expert deadline has passed, which impacts Defendants' ability to timely complete their rebuttal expert report;

WHEREAS, Defendant Valley Electric Association, Inc. issued a subpoena and deposition notice scheduling the deposition of Plaintiff's Human Resources expert, Ms. Coneisha Sherrod, for June 8, 2021;

WHEREAS, the Sherrod deposition did not go forward as previously scheduled, which impacts Valley Electric Association, Inc.'s ability to timely complete its rebuttal expert report;

NOW THEREFORE, in light of the foregoing, all parties stipulate and agree that the deadline for disclosing rebuttal experts, currently set for June 11, 2021, is continued by thirty-one (31) days to **July 12, 2021** (the thirtieth day, July 11, 2021, being a Sunday).  Any depositions of rebuttal experts (or other witnesses that a party intends to offer to rebut the rebuttal expert) may occur within thirty (30) days after July 12, 2021.

Pursuant to LR IA 6-1, the parties state that while the rebuttal deadline has necessarily been extended as a result of two (2) prior requests to extend the discovery cut-off, this is the first request directed at continuing only the rebuttal expert disclosure.  Good cause exists for this extension, as one of Plaintiff's experts has been unavailable for deposition, and the other did not appear for her deposition as noticed.  Pursuant to LR 26-3, the parties note that at least five (5) additional depositions are already noticed and/or will otherwise move forward in this matter.  The parties submit this stipulation not for purposes of delay, but because Defendants have not yet been able to depose individuals that Plaintiff has identified as experts.

///

///

///

///

///

///

18487382.2

The parties seek only to continue the rebuttal expert deadline.  No other deadlines are affected, and no trial date has been set.

**IT IS SO STIPULATED.**

Dated this 8th day of June, 2021.

MARQUIS AURBACH COFFING

By:   /s/  James A. Beckstrom
   Craig R. Anderson, Esq.
   Nevada Bar No. 6882
   James A. Beckstrom, Esq.
   Nevada Bar No. 14032
   10001 Park Run Drive
   Las Vegas, Nevada 89145
   *Attorneys for Defendants Nye County*
   *Sheriff's Office & David Boruchowitz*

Dated this 8th day of June, 2021.

LAGOMARSINO LAW

By:   /s/  Andre M. Lagomarsino
   Andre M. Lagomarsino, Esq.
   Nevada Bar No. 6711
   Cory M. Ford, Esq.
   Nevada Bar No. 15042
   3005 W. Horizon Ridge Pkwy., #241
   Henderson, NV 89052
   *Attorneys for Plaintiff*

Dated this 8th day of June, 2021.

GABROY LAW OFFICES

By:   /s/  Christian Gabroy
   Christian Gabroy, Esq.
   Nevada Bar No. 8805
   Kaine Messer, Esq.
   Nevada Bar No. 14240
   The District at Green Valley Ranch
   170 South Green Valley Pkwy., Ste 280
   Henderson, NV 89012
   *Attorneys for Plaintiff*

THE SANFORD FIRM

By:   /s/  Brian P. Sanford
   Brian J. Sanford, Esq.
   (*Pro Hac Vice*)
   Elizabeth J. Sanford, Esq.
   (*Pro Hac Vice*)
   1910 Pacific Ave., Suite 15400
   Dallas, TX 75201
   *Attorneys for Plaintiff*

Dated this 8th day of June, 2021.

FENNEMORE CRAIG, P.C.

By:   /s/  Shannon S. Pierce
   Shannon S. Pierce, Esq.
   Nevada Bar No. 12471
   Wade Beavers, Esq.
   Nevada Bar No. 13451
   7800 Rancharrah Pkwy.
   Reno, NV 89511
   *Attorneys for Valley Electric*
   *Association, Inc.*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

6-9-2021
Dated:_____

18487382.2

3