**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Angela Evans*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA EVANS, individually;<br><br>Plaintiff,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>Defendants. | CASE NO.: 2:20-cv-01919-RFB-VCF |
| ANGELA EVANS,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY ELECTRIC ASSOCIATION, INC.; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00986-RFB-VCF<br><br>**STIPULATION AND ORDER TO ALLOW ATTORNEY ANDRE M. LAGOMARSINO, ESQ. TO APPEAR TELEPHONICALLY FOR HEARING SET ON JULY 22, 2021** |

The Parties in Case No. 2:20-cv-01919-RFB-VCF ("NC case") and in Case No. 2:20-cv-00986-RFB-VCF ("VEA case"), by and through their respective attorneys of record, hereby stipulate to allow attorney Andre M. Lagomarsino, Esq. to appear telephonically for the in-person hearing set on July 22, 2021 at 1:00 p.m. (ECF No. 44). This request is sought in good faith.

. . .

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864  Facsimile (702) 383-0065

1  Lagomarsino Law is a two-attorney firm and on the date of this hearing, Mr. Lagomarsino
2  will be in New York and Mr. Cory Ford will be in a deposition on another case. Mr. Lagomarsino
3  does not intend to make any substantive arguments as the Motions to be heard pertain mainly to the
4  VEA case and not the NC case where he represents the Plaintiff. Therefore, the parties stipulate to
5  allow attorney Andre M. Lagomarsino, Esq. to appear telephonically for the in-person hearing set
6  on July 22, 2021 at 1:00 p.m.

**IT IS SO STIPULATED.**

DATED this 6th day of July, 2021.   DATED this 6th day of July, 2021.

**LAGOMARSINO LAW**   **MARQUIS AURBACH COFFING**

 /s/ Andre M. Lagomarsino    /s/ James A. Beckstrom
ANDRE M. LAGOMARSINO, ESQ. (#6711)   CRAIG R. ANDERSON, ESQ. (#6882)
CORY M. FORD, ESQ. (#15042)   JAMES A. BECKSTROM, ESQ. (#14032)
*Attorneys for Plaintiff Angela Evans*   *Attorneys for Defendants*
*in Case No. 2:20-cv-01919-RFB-VCF*   *Nye County and David Boruchowitz*
   *in Case No. 2:20-cv-01919-RFB-VCF*

DATED this 6th day of July, 2021.   DATED this 6th day of July, 2021.

**GABROY LAW OFFICES**   **FENNEMORE CRAIG, P.C.**

 /s/ Christian Gabroy    /s/ Shannon S. Pierce
CHRISTIAN GABROY, ESQ. (#8805)   SHANNON S. PIERCE, ESQ. (#12471)
KAINE MESSER, ESQ. (#14240)   WADE BEAVERS, ESQ. (#13451)
   *Attorneys for Defendant*
**THE SANFORD FIRM**   *Valley Electric Association, Inc.*
BRIAN SANFORD, ESQ. (*Pro Hac Vice*)   *in Case No. 2:20-cv-00986-RFB-VCF*
ELIZABETH SANFORD, ESQ. (*Pro Hac Vice*)
*Attorneys for Plaintiff Angela Evans*
*in Case No. 2:20-cv-00986-RFB-VCF*

**IT IS SO ORDERED.**

Dated: 7-6-2021 _____.

_____
UNITED STATES MAGISTRATE JUDGE