```
 1                      UNITED STATES DISTRICT COURT
                             DISTRICT OF NEVADA
 2

 3   ANGELA EVANS, an individual,    )
                                     )
 4          Plaintiff,               )   Case No. 2:20-cv-00986-RFB-VCF
                                     )
 5          vs.                      )   Consolidated with:
                                     )   Case No. 2:20-cv-01919-APG-DJA
 6   VALLEY ELECTRIC ASSOCIATION,    )
     INC..; DOES I through X; and    )
 7   ROE Corporations XI through     )
     XX, inclusive,                  )        ORDER TEMPORARILY
 8                                   )          UNSEALING NOTES
            Defendant.               )
 9   _____)
                                     )
10   ANGELA EVANS, an individual,    )
                                     )
11          Plaintiff,               )
                                     )
12          vs.                      )
                                     )
13   NYE COUNTY SHERIFF'S OFFICE,    )
     a political subdivision of      )
14   the State of Nevada; DAVID      )
     BORUCHOWITZ, individually,      )
15                                   )
            Defendants.              )
16   _____)

17

18          On Friday, August 6, 2021, Samantha N. McNett,

19   Transcriber, received a Transcript Order form requesting a

20   transcript of the Motion hearing, held on Thursday, July 22,

21   2021, from Shannon Pierce, Esq., in which a portion of the

22   hearing was sealed.

23          IT IS THE ORDER OF THE COURT that the sealed

24   transcript shall be unsealed for the limited purpose of

25   providing a copy of the transcript as requested by Shannon
```

1  Pierce, Esq.

2          **IT IS FURTHER ORDERED** that the sealed transcript shall

3  thereafter be resealed, and a certified copy of the transcript

4  be delivered to the Clerk pursuant to 28, U.S.C., Section

5  753(b), until further order of this Court.

6          **IT IS FURTHER ORDERED** that the receiving party shall

7  not disclose the sealed contents of the transcript of the

8  proceeding to anyone other than the representatives of the

9  parties directly concerned with this case.

10         DATED this  9th   day of   August   , 2021.

11

12  _____

        Cam Ferenbach
13      United States Magistrate Judge

14                     *  *  *

15

16

17

18

19

20

21

22

23

24

25