**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
CORY M. FORD, ESQ. (#15042)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com
*Attorneys for Plaintiff Angela Evans*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA EVANS, individually;<br><br>Plaintiff,<br><br>v.<br><br>NYE COUNTY, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>Defendants. | CASE NO.:   2:20-cv-00986-RFB-VCF<br><br>Consolidated for discovery only with:<br>CASE NO.:   2:20-cv-01919-RFB-VCF<br><br>**STIPULATION AND ORDER TO VACATE THE JOINT PRETRIAL ORDER DEADLINE** |
| ANGELA EVANS,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY ELECTRIC ASSOCIATION, INC.; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | |

Plaintiff ANGELA EVANS and Defendants NYE COUNTY and DAVID BORUCHOWITZ ("the Parties"), by and through their respective attorneys of record, hereby stipulate to vacate the current Joint Pretrial Order deadline in this matter.

WHEREAS, on September 21, 2021, the Court granted the Parties request for an extension of the dispositive motion deadline to November 4, 2021. However, the Joint Pretrial Order

1  ("JPTO") deadline remained set for November 3, 2021. (ECF No. 58).

2  WHEREAS, defense counsel has indicated they will be filing a dispositive motion for
3  summary judgment by the currently set deadline of November 4, 2021.

4  WHEREAS, the current JPTO deadline of November 3, 2021 only applies if dispositive
5  motions are not filed and can be extended by Order of the Court. (ECF No. 58 at 2:5-8).

6  IT IS HEREBY STIPULATED, for the purposes of judicial economy, that the JPTO
7  deadline shall be vacated.

8  **IT IS SO STIPULATED.**

9  DATED this 1st day of November, 2021.   DATED this 1st day of November, 2021.

10 **LAGOMARSINO LAW**    **MARQUIS AURBACH COFFING**

11 /s/ Andre M. Lagomarsino    /s/ James A. Beckstrom
ANDRE M. LAGOMARSINO, ESQ. (#6711)   CRAIG R. ANDERSON, ESQ. (#6882)
12 CORY M. FORD, ESQ. (#15042)   JAMES A. BECKSTROM, ESQ. (#14032)
*Attorneys for Plaintiff Angela Evans*   *Attorneys for Defendants*
13 *in Case No. 2:20-cv-01919-RFB-VCF*   *Nye County and David Boruchowitz*
*in Case No. 2:20-cv-01919-RFB-VCF*

14

15 **IT IS SO ORDERED.**

16 Dated: 11-5-2021 .

17 _____
UNITED STATES MAGISTRATE JUDGE