GABROY LAW OFFICES
Christian Gabroy (#8805)
Kaine Messer (#14240)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 259-7777
Fax   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com

THE SANFORD FIRM
Brian P. Sanford
Elizabeth J. Sanford (Pro Hac Vice)
*Pro Hac Vice*
1910 Pacific Ave., Suite 15400
Dallas, Texas 75201
Tel   (214) 717-6653
Fax   (214) 919-0113
bsanford@sanfordfirm.com
esanford@sanfordfirm.com

*Attorneys for Plaintiff Angela Evans*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA EVANS, an individual;<br><br>Plaintiff,<br>vs.<br><br>VALLEY ELECTRIC ASSOCIATION, INC.; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendant. | Case No.: 2:20-CV-00986-RFB-VCF |
| ANGELA EVANS, individually<br><br>Plaintiff,<br>v.<br><br>NYE COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Nevada; DAVID BORUCHOWITZ, individually,<br><br>Defendant. | Case No.: 2:20-CV-01919-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT VALLEY ELECTRIC ASSOCIATION, INC.'S MOTION FOR SUMMARY JUDGMENT (ECF No. 80)** |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT VALLEY ELECTRIC ASSOCIATION, INC.'S MOTION FOR SUMMARY JUDGMENT (ECF No. 80)**

The parties in Case No. 2:20-CV-00986-RFB-VCF by and through their respective attorneys of record, hereby stipulate to a thirty (30) day extension through January 10, 2022 (January 9, 2022 falls on a Sunday) for Plaintiff Angela Evans ("Plaintiff") to respond to Defendant Valley Electric Association, Inc.'s ("Defendant VEA") Motion for Summary Judgment (ECF No. 80).

Defendant VEA filed its Motion for Summary Judgment (ECF No. 80) on November 19, 2021. Plaintiff's response is currently due on December 10, 2021. Plaintiff has requested the extension and Defendant VEA has agreed to the request.

Good cause exceedingly exists for such extension. Unfortunately, Plaintiff's trial counsel's immediate family member suffered a medical emergency, requiring intubation. Such individual remains under supervised care, and unfortunately has very recently received an unfavorable diagnosis. This family emergency has necessarily required a great deal of Plaintiff's trial counsel's time and attention. Further, Plaintiff's Texas-based counsel is set for trial during the interim period prior to the current response deadline.

Accordingly, the parties in Case No. 2:20-CV-00986-RFB-VCF agree that Plaintiff's response to Defendant VEA Motion for Summary Judgment (ECF No. 80) shall be due on January 10, 2022.

/ / /

This request is not sought for any improper purpose or other reason of delay. No party is prejudiced by the requested extension.

**IT IS SO STIPULATED.**

Dated: November 24, 2021                                   Dated: November 24, 2021

Respectfully submitted,                                         Respectfully submitted,

*/s/ Christian Gabroy*                                             */s/ Shannon S. Pierce*
Christian Gabroy, Esq. (#8805)                          Shannon S. Pierce, Esq. (#12471)
Kaine Messer, Esq. (#14240)                             Wade Beavers, Esq. (#13451)
GABROY LAW OFFICES                                      FENNEMORE CRAIG, P.C.

Brian Sanford, Esq. (*Pro Hac Vice*)                 *Attorneys for Defendant Valley Electric*
Elizabeth Sanford, Esq. (*Pro Hac Vice*)         *Association, Inc. in Case No. 2:20-cv-00986-*
THE SANFORD FIRM                                            *RFB-VC*

*Attorneys for Plaintiff Angela Evans in Case No. 2:20-CV-00986-RFB-VCF*

**IT IS SO ORDERED.**



RICHARD E. BOULWARE, II
United States District Court

DATED this 24th day of November, 2021.