1   FENNEMORE CRAIG, P.C.
    Shannon S. Pierce, NV Bar No. 12471
2   Wade Beavers, NV Bar No. 13451
    7800 Rancharrah Parkway
3   Reno, Nevada  89511
    Telephone:    (775) 788-2200
4   Facsimile:    (775) 786-1177
    Email: spierce@fennemorelaw.com;
5   wbeavers@fennemorelaw.com
    *Attorneys for Valley Electric Association, Inc.*

6

7                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9   ANGELA EVANS. an individual,

10                   Plaintiff,                     Case No. 2:20-cv-00986-RFB-VCF

11       vs.

12   VALLEY ELECTRIC ASSOCIATION, INC.;
     DOES I through X; and ROE Corporations XI
13   through XX, inclusive,

14                   Defendants.

15   ANGELA EVANS,                                  Case No. 2:20-cv-01919-RFB-VCF

16                   Plaintiff,
                                                    **STIPULATION AND ORDER TO**
17       vs.                                        **EXTEND DEADLINE FOR**
                                                    **DEFENDANT TO FILE REPLY IN**
18   NYE COUNTY SHERIFF'S OFFICE, a political       **SUPPORT OF MOTION FOR**
     subdivision of the State of Nevada; DAVID      **SUMMARY JUDGMENT (ECF NO.**
19   BORUCHOWITZ, individually,                     **80)   AND   RESPONSE   TO**
                                                    **PLAINTIFF'S MOTION**
20                   Defendants.                    **UNDER FRCP 56(D) (ECF NO. 87)**

21                                                  **FIRST REQUEST**

22

23       ANGELA EVANS ("Evans"),  and VALLEY ELECTRIC ASSOCIATION, INC. ("VEA")

24   by and through their respective counsel, stipulate as follows:

25       WHEREAS, on November 19, 2021, Defendant Valley Electric Association, Inc. ("VEA")

26   filed a motion for summary judgment (ECF No. 80);

27       WHEREAS, on January 10, 2022, Plaintiff opposed such motion (ECF No. 86) and also

28   filed a Rule 56(d) motion;

19280148.1

WHEREAS, at present, VEA's reply in support of its motion for summary judgment, and its response to Plaintiff's Rule 56(d) motion, are due on January 24, 2022;

WHEREAS, due to the case load of VEA's counsel, VEA requires additional time to complete and submit the aforementioned items.  Specifically, over the last several weeks, the working time of VEA's counsel has been largely consumed by preparations for a 54-plaintiff preliminary injunction hearing and other pressing matters;

NOW, THEREFORE, THE PARTIES, by and through their respective counsel of record, **STIPULATE AND AGREE** as follows:

1. The deadline by which VEA must file and serve its reply in support of motion for summary judgment, and its response to Plaintiff's Rule 56(d) motion, which is currently scheduled for January 24, 2022, is continued to February 7, 2022;

2. No other deadlines will be affected.

Pursuant to LR IA 6-1, the parties state that this is the first extension of the deadline noted above.  The parties have also sought and received discovery extensions, and due to personal circumstances affecting her counsel, Plaintiff sought and received an extension of her deadline to oppose VEA's motion for summary judgment.  Good cause exists for this extension, as other urgent litigation matters have consumed the working time of VEA's counsel, and as such,

///

///

///

///

///

///

///

///

///

///

19280148.1

1    additional time is needed to finalize and file VEA's reply.

2              **IT IS SO STIPULATED.**

3    Dated this 24th day of January, 2022.          Dated this 24th day of January, 2022.

4    GABROY LAW OFFICES                             FENNEMORE CRAIG, P.C.

5    By:  */s/  Christian Gabroy*                   By:   */s/  Shannon S. Pierce*
6        Christian Gabroy, Esq.                         Shannon S. Pierce, Esq.
         Nevada Bar No. 8805                            Nevada Bar No. 12471
7        Kaine Messer, Esq.                             Wade Beavers, Esq.
         Nevada Bar No. 14240                           Nevada Bar No. 13451
8        The District at Green Valley Ranch            7800 Rancharrah Pkwy.
         170 South Green Valley Pkwy., Ste 280         Reno, NV 89511
9        Henderson, NV 89012                           *Attorneys for Valley Electric*
         *Attorneys for Plaintiff*                      *Association, Inc.*

10

11             **IT IS SO ORDERED**.
12
              DATED this  25th day of ____January____, 2022.
13

14

15

16                                  RICHARD F. BOULWARE, II
                                    **United States District Court**
17

18

19

20

21

22

23

24

25

26

27

28

19280148.1

3