1   Christian Gabroy
    Nev. Bar No. 8805
2   Kaine Messer
    Nev. Bar No. 14240
3   GABROY | MESSER
    The District at Green Valley Ranch
4   170 South Green Valley Pkwy.
    Suite 280
5   Henderson, Nevada 89012
    Tel    (702) 259-7777
6   Fax    (702) 259-7704
    christian@gabroy.com
7   kmesser@gabroy.com

8   Brian P. Sanford
    *Pro Hac Vice*
9   Elizabeth J. Sanford
    *Pro Hac Vice*
10  THE SANFORD FIRM
    1910 Pacific Ave.
11  Suite 15400
    Dallas, Texas 75201
12  Tel    (214) 717-6653
    Fax    (214) 919-0113
13  bsanford@sanfordfirm.com
    esanford@sanfordfirm.com
14
    *Attorneys for Plaintiff Angela Evans*

15

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

16

| | |
|---|---|
| 17  ANGELA EVANS, an individual; | Case No.: 2:20-CV-00986-ART-VCF |
| 18             Plaintiff, | |
|     vs. | **STIPULATION AND ORDER TO** |
| 19 | **EXTEND DEADLINE TO FILE** |
|     VALLEY  ELECTRIC  ASSOCIATION, | **JOINT PRETRIAL ORDER** |
| 20  INC.; DOES I through X; and ROE | **(First Request)** |
|     Corporations XI through XX, inclusive, | |
| 21 | |
| 22             Defendant. | |

23

### STIPULATION AND ORDER TO EXTEND DEADLINE
### TO FILE JOINT PRETRIAL ORDER

24

        Plaintiff Angela Evans ("Plaintiff") by and through her attorneys Christian

25

Gabroy, Esq., and Kaine Messer, Esq., of Gabroy | Messer, and Defendant

26

Valley Electric Association, Inc. ("Defendant"), by and through their attorney

27

28

1

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704

1   Shannon Pierce, Esq., of Fennemore Craig, P.C., hereby stipulate to a thirty

2   (30) day extension to file the Joint Pretrial Order. This is the first request to

3   extend the deadline to file the Joint Pretrial Order.

4        The Pretrial Order in this matter is currently due on February 13, 2023.

5   Plaintiff has requested the extension and Defendant has agreed to the request.

6        Good cause exceedingly exists for such extension. Plaintiff's trial counsel

7   further needs to tend to personal family matters, including: issues related to his

8   father's medical prognosis, his ongoing legal matters and his father's legal

9   proceedings that have been set for final continued trial in April of 2023 after three

10  years of litigation and multiple firms in his father's case. Additionally, Plaintiff's

11  counsel has undergone a transition in personnel. Such personnel transition has

12  required that Plaintiff's counsel devote substantial amounts of time to adequately

13  train new staff members.

14       Accordingly, the parties agree that the Joint Pretrial Order shall be due on

15  March 15, 2023.

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1    This request is not sought for any improper purpose or other reason of

2    delay. No party is prejudiced by the requested extension.

3

4    Dated: February 13, 2023          Dated: February 13, 2023

5    Respectfully submitted,           Respectfully submitted,

6

7    /s/ Christian Gabroy             /s/ Shannon S. Pierce
     Christian Gabroy, Esq.           Shannon S. Pierce, Esq.
     Nev. Bar No. 8805                Nev. Bar No. 12471
8    Kaine Messer, Esq.               Wade Beavers, Esq.
     Nev. Bar No. 14240               Nev. Bar No. 13451
9    GABROY | MESSER                  FENNEMORE CRAIG, P.C.
     The District at Green Valley Ranch   7800 Rancharrah Pkwy.
10   170 South Green Valley Pkwy.     Reno, NV 89511
     Suite 280
11   Henderson, NV 89012              Attorneys for Defendant Valley
                                      Electric Association, Inc.
12   Brian Sanford, Esq.
     Pro Hac Vice
13   Elizabeth Sanford, Esq.
     Pro Hac Vice
14   THE SANFORD FIRM
     1910 Pacific Ave.
15   Suite 15400
     Dallas, TX 75201
16
     Attorneys for Plaintiff Angela Evans
17

18

19

20                    IT IS SO ORDERED:

21

22                    _____
                      UNITED STATES DISTRICT JUDGE,
23                    UNITED STATES MAGISTRATE JUDGE

24
                                      2-14-2023
25                    DATED:   _____

26

27

28

3

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777  FAX: (702) 259-7704