**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA EVANS, an individual;<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>VALLEY ELECTRIC ASSOCIATION, INC.; DOES I through X; and ROE Corporations XI through XX, inclusive,<br><br>　　　　　　　Defendant. | Case No.: 2:20-CV-00986-ART-VCF<br><br>**ORDER APPROVING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN Plaintiff Angela Evans and Defendant Valley Electric Association, Inc., through their respective attorneys of record, that this action (Case No. 2:20-cv-00986-ART-VCF) shall be dismissed with prejudice.

1

IT IS FURTHER STIPULATED AND AGREED that all parties will bear their own costs and attorneys' fees incurred in relation to this matter.

| | |
|---|---|
| Dated: June 19, 2023 | Dated: June 19, 2023 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Christian Gabroy | /s/ Shannon S. Pierce |
| Christian Gabroy, Esq.<br>Nev. Bar No. 8805<br>Kaine Messer, Esq.<br>Nev. Bar No. 14240<br>GABROY \| MESSER<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br><br>Brian Sanford, Esq.<br>*Pro Hac Vice*<br>Elizabeth Sanford, Esq.<br>*Pro Hac Vice*<br>THE SANFORD FIRM<br>1910 Pacific Avenue<br>Suite 15400<br>Dallas, TX 75201<br><br>*Attorneys for Plaintiff Angela Evans* | Shannon S. Pierce, Esq.<br>Nev. Bar No. 12471<br>Wade Beavers, Esq.<br>Nev. Bar No. 13451<br>FENNEMORE CRAIG, P.C.<br>7800 Rancharrah Parkway<br>Reno, NV 89511<br><br>*Attorneys for Defendant Valley Electric Association, Inc.* |

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Court Judge

DATED: June 22, 2023